IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATTHEW CLAYTON MORROW,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

No. C 18-04641 WHA

**JUDGMENT**

For the reasons stated in the accompanying order denying plaintiff's motion for summary judgment and granting defendant's cross-motion for summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Nancy A. Berryhill and against Matthew Clayton Morrow. The Clerk **SHALL PLEASE CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: May 7, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE